OLIVE A. STERNAMAN, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Sternaman* v. *Metropolitan Life Ins. Co.*, 94 App. Div, 610, affirmed.
(Argued February 22, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*C. N. Bovee* and *Seward A. Simons* for appellant.

*Wallace Thayer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE VILLAGE OF UPPER NYACK, Appellant, *v.* R. DICKINSON JEWETT, Respondent.

*Village of Upper Nyack* v. *Jewett*, 86 App. Div. 254, affirmed.
(Argued February 22, 1905; decided March 14, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 12, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, and granting a new trial.

*Arthur S. Tompkins* for appellant.

*Ralph E. Prime* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.